BRIAN J. STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: richard.rodriguez@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN MARK DUNAWAY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | No. 3:16-CV-03961-WHA<br><br>~~[PROPOSED]~~<br>**ORDER EXTENDING TIME FOR COMMISSIONER TO FILE HER ANSWER AND CERTIFIED ADMINISTRATIVE RECORD** |

Based Defendant's Motion For An Extension of Time For Commissioner to File Her Answer and Certified Administrative Record, and for good cause shown, **IT IS ORDERED** that Defendant shall have until January 20, 2017, to serve and file her Answer and Certified Administrative Record.

DATED: January 6, 2017.   _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE