IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAUN MARK DUNAWAY,

    Plaintiff,

  v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

No. C 16-03961 WHA

**ORDER TO SHOW CAUSE**

    In July 2016, plaintiff Shaun Dunaway filed this action. In January of this year (and after three extensions), the Acting Commissioner filed the answer and administrative record. Under the procedural order in this case, plaintiff had until February 15 to file and serve a motion for summary judgment (*see* Dkt. No. 4). On February 14, the parties filed a stipulated request to extend the time for plaintiff to file his motion for summary judgment (Dkt. No. 18). A prior order granted a 28-day extension, postponing plaintiff's deadline until March 15. As of this order, plaintiff has not filed a motion for summary judgment. Plaintiff shall **SHOW CAUSE BY APRIL 4 AT NOON** why this action should not be dismissed for lack of prosecution.

    **IT IS SO ORDERED.**

Dated: March 29, 2017.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE